IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                          CIVIL NO.  12-60 RB/LFG

$65,000 IN UNITED STATES CURRENCY,

        Defendant.

PATRICK JASON MALDONADO,

        Claimant.

## SCHEDULING/DISCOVERY ORDER

THIS MATTER came before the Court on a Fed. R. Civ. P. 16 status/scheduling conference conducted in chambers on February 28, 2012.  Attorney Joseph P. Kennedy will represent the interests of Claimant Patrick Jason Maldonado, who has not yet filed a claim or an answer and who has agreed to simultaneously file both in the next several days.

The Court extends its standard case management procedures to this forfeiture case, even though forfeiture cases are excluded from standard case management.

Within fifteen days of filing the answer and claim, parties will make their initial Rule 26 disclosures.  The United States' disclosures will include the names and contact information of the witnesses on whose testimony it will rely in the prosecution of its forfeiture claim.  The United States will also provide copies of any document on which it will rely in the prosecution of the claim.

Claimant will also identify, by name, address and telephone number, any witness on whose testimony he will rely in the prosecution of his defense.  Additionally, Claimant will provide copies of all the documents on which he will rely in the support of his contentions.

The Court authorizes a 90-day discovery schedule; and the 90 days will commence upon the filing of the answer and claim.[1]

The parties will be authorized to serve 25 interrogatories, 25 requests for admission and 25 requests for production. Each party is entitled to take 3 depositions.

IT IS SO ORDERED.

                                            *Lorenzo F. Garcia*
                                            Lorenzo F. Garcia
                                            United States Magistrate Judge

---

[1] As the Court does not have the exact date on which the answer and claim will be filed, a supplemental scheduling order will be filed setting out the precise case management deadlines.