**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.                                              Civ. No. 12-60 WDS/LFG

**$65,000 IN UNITED STATES CURRENCY,**

      **Defendant,**
**And**

**PATRICK MALDONADO,**

      **Claimant.**

**VERIFIED ANSWER TO VERIFIED**
**COMPLAINT FOR FORFEITURE IN REM**

Claimant answers Plaintiff's complaint as follows:

1) Admitted.

2) Admitted.

3) Admitted.

4) Admitted.

5) Admitted.

6) Claimant is without information as to what Agent Small did before contacting him. Plaintiff admits he purchased a one-way ticket with cash about one hour before departure from Kansas City, Mo. to Los Angeles, Ca.

7) Claimant denies as stated. Claimant contends that Agent Small told him that he would get a warrant if Maldonado did not consent to the search of his backpack. Otherwise, Claimant admits that Small searched the backpack and found currency.

8) Admitted.

9) Admitted.

10) Admitted that Maldonado called Hayden. However, Claimant is without information as to what Hayden told Small.

11) Admitted.

12) Admitted that Claimant had inoperable cell phones.

13) Claimant is without information to admit or deny any canine detection.

14) Admitted.

15) Denied.

16) Denied.

17) Denied.

**Affirmative Defense**

The seizure of Claimant and the seizure of his money violated the Fourth Amendment to the United States Constitution. The currency should be suppressed and returned to Claimant.

WHEREFORE, Claimant requests return of the currency, dismissal of this action and costs and attorney fees.

Respectfully Submitted,
KENNEDY LAW FIRM

*Joseph P. Kennedy*
Joseph P. Kennedy
Shannon L. Kennedy
Attorneys for Claimant
1000 Second Street NW
Albuquerque, New Mexico  87102
(505) 244-1400   Fax (505) 244-1406

I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon all interested parties this 3rd day of May, 2012 via the CME/CF filing system.

*<u>Joseph P. Kennedy</u>*
Joseph P. Kennedy